UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

FILED BY _CG_ D.C.

05 NOV -8 PM 2:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) CIVIL ACTION |
| Plaintiff, | ) ) FILE NO. 04-2867 D |
| v. | ) ) |
| J. PICKETT ENTERPRISES, LLC, and PAUL PICKETT, Individually | ) ) ) |
| Defendants | ) **JUDGMENT** |

This cause came on for consideration upon Plaintiff's motion and Defendants J. Pickett Enterprises, LLC and Paul Pickett's consent to the entry of this Judgment, without further contest. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendants J. Pickett Enterprises, LLC and Paul Pickett, their agents, servants, employees and all persons in active concert or participation with them who receive actual notice hereof are permanently enjoined from violating the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter referred to as the Act, in any of the following manners:

They shall not, contrary to §§ 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for more than 40 hours in a workweek unless such employee is compensated for such hours in excess of 40 at an overtime rate of at least one and one-half times the regular rate at which such employee is employed.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants J. Pickett Enterprises, LLC and Paul Pickett hereby are restrained from withholding payment of back wages in the total amount of $48,073.06 due employees for the periods of employment and in the amounts indicated with respect to each, as set forth on Schedule "A" attached hereto. The private rights, under the Act, of any employee of Defendants J. Pickett Enterprises, LLC and Paul Pickett not named or for periods not stated in said Schedule "A" shall not be terminated or otherwise adversely affected by this proceeding.

To comply with this provision of this Judgment Defendants J. Pickett Enterprises, LLC and Paul Pickett shall deliver to the Plaintiff separate cashier's or certified checks, or money orders payable to "Wage and Hour Division--Labor" in 24 installments. Defendants J. Pickett Enterprises, LLC and Paul Pickett shall pay 23 equal payments of $2,000 and one final payment of $2,073.06. The first payment of $2000 shall be due 30 days after the entry of this Judgment and such payments shall continue to be made every 30 days thereafter until all 24 payments have been made.

Defendants J. Pickett Enterprises, LLC and Paul Pickett also shall provide Plaintiff with a schedule showing their employer I.D. number and the last-known address and social security number as to each employee listed on Schedule "A".

Plaintiff, thereupon, shall distribute the proceeds of such checks, less deductions for federal income taxes and employee contributions to F.I.C.A., as required by law, to the named employees, or to their personal representatives, and any amounts not so distributed by the Plaintiff within the period of three (3) years after date of this Judgment, because of inability to locate the proper persons or because of such persons' refusals to accept such sums, shall be deposited into the Treasury of the United States as miscellaneous receipts. Defendants J. Pickett

2

Enterprises, LLC and Paul Pickett shall remain responsible for the employer's share of F.I.C.A. arising from or related to the back wages paid hereunder. It is

FURTHER ORDERED that each party shall bear such other of its own attorney's fees and expenses incurred by such party in connection with any stage of this case, including but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

This __7__ day of __November__, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Defendants consent to entry
of the foregoing Judgment:

PAUL PICKETT for
J. Pickett Enterprises

PAUL PICKETT, Individually

By: JEFF WEINTRAUB
Attorney
BPR No. 9686

Weintraub, Stock & Grisham, P. C.
1775 Aaron Brenner Drive
Suite 512
Renaissance Center
Memphis, TN 38120
(901) 526-0431

Attorney for Defendants

Plaintiff moves entry of
the foregoing Judgment:

HOWARD M. RADZELY
Solicitor of Labor
BPR No. 437957

STANLEY E. KEEN
Regional Solicitor
BPR No. 410642

THERESA BALL
Associate Regional Solicitor
BPR No. 002526

By: MARYBETH ZAMER BERNUI
Attorney
BPR No. 1288

Office of the Solicitor
U.S. Department of Labor
618 Church Street
Suite 230
Nashville, Tennessee 37219
(615) 781-5330, Ext. 238

Attorneys for Plaintiff

## ATTACHMENT A

| Employee | Work Week Ending Dates | Backwage Amount |
| --- | --- | --- |
| Steve Capps | 10/26/02-01/04/03 | 152.25 |
| Shelton Cooper | 05/17/03-01/17/04 | 1819.88 |
| Joffrey Davis | 10/26/02-01/17/04 | 5798.10 |
| Pamela Davis | 11/30/02-01/17/04 | 524.01 |
| Charles Dixon | 10/26/02-01/18/03 | 315.00 |
| Jerry Ervin | 10/26/02-10/11/03 | 3168.38 |
| James A. Figg | 10/26/02-08/16/03 | 1140.00 |
| Donald Goforth | 10/26/02-01/17/04 | 2586.28 |
| Jennell Goforth | 10/26/02-01/17/04 | 1716.75 |
| Michael Goforth | 10/26/02-01/17/04 | 267.47 |
| William Goforth | 10/26/02-01/17/04 | 5494.50 |
| John Hassell | 10/26/02-01/17/04 | 3824.72 |
| Alfred Hicks | 08/23/03-01/17/04 | 710.07 |
| Douglas Hirsh | 06/14/03-01/03/04 | 350.16 |
| David Jenkins | 10/26/02-11/09/02 | 24.00 |
| Marcus Jones | 10/26/02-01/04/03 | 342.00 |
| Michelle Kelley | 10/26/02-08/30/03 | 599.81 |
| Jerry Key | 10/26/02-07/05/03 | 1164.19 |
| Todd Leslie | 10/18/03-01/17/04 | 436.87 |
| Debbie Mitchum | 11/29/03-12/20/03 | 130.50 |
| Otis Phillips | 10/26/02-01/17/04 | 5372.63 |

| Name | Dates | Amount |
|---|---|---|
| Shawn Randall | 10/26/02-01/17/04 | 5563.90 |
| Karen S. Sartain | 10/26/02-01/17/04 | 509.06 |
| Douglas Shaffer | 10/26/02-01/17/04 | 2905.31 |
| Fred Thompson | 10/26/02-01/17/04 | 2490.47 |
| Linda Wright | 07/12/03-01/17/04 | 666.75 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Agreed Judgment was mailed this 2nd day of November, 2005, to the following:

           Mr. Jeff Weintraub
           Attorney
           Weintraub, Stock & Grisham, P. C.
           1715 Aaron Brenner Drive, Suite 512
           Renaissance Center
           Memphis, Tennessee 38120

_____
MARY BETH ZAMER BERNUI
Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02867 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

D. Jack Smith
LAW OFFICE OF D. JACK SMITH
6077 Primacy Parkway
Ste. 102
Memphis, TN 38119

Marybeth Bernui
DEPARTMENT OF LABOR
618 Church Street, Suite 230
Nashville, TN 37219--245

Honorable Tu Pham
US DISTRICT COURT